## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JESUS AGUIAR** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ROBERTOS' USED CARS INC.**, a ) | |
| domestic corporation; **MARIA** ) | **JURY TRIAL DEMANDED** |
| **CATANO**, an individual; **JOSE** ) | |
| **GUADALUPE CATANO**, an ) | |
| individual; **JAIME PEREZ**, an ) | |
| individual and **ALEJANDRO** ) | |
| **REYNOSA**, an individual, ) | |
| ) | |
| **Defendants.** ) | |

## COMPLAINT

This is an action filed under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et. seq.* (hereinafter the "Fair Labor Standards Act"). The Plaintiff seeks payment for overtime worked, and liquidated damages that he was deprived of, due to the Defendants' willful violations of the Fair Labor Standards Act. The Plaintiff further seeks reasonable attorney fees and costs pursuant to 29 U.S.C. § 216(b).

## JURISDICTION and VENUE

1. Original jurisdiction is conferred upon this Court by 29 U.S.C. §216(b) of the Fair Labor Standards Act, by 28 U.S.C. §1331, this action arising

under laws of the United States, and by 28 U.S.C. §1337, this action arising under Acts of Congress regulating commerce.

2. Defendant **ROBERTOS' USED CARS INC.,** hereinafter referred to as **"ROBERTO'S USED CARS"**, is an Alabama domestic corporation.

3. **ROBERTO'S USED CARS** operates a car repair shop and dealership, located at 557 Highway 316 Columbiana, Alabama 35051, within this District.

4. **MARIA CATANO** is an individual over the age of nineteen (19) and a resident of Alabama.

5. **JOSE GUADALUPE CATANO**, hereinafter referred to as **"JOSE CATANO"**, is an individual over the age of nineteen (19) and a resident of, Alabama.

6. **JAIME PEREZ** is an individual over the age of nineteen (19) and a resident of Alabama.

7. **ALEJANDRO REYNOSA** is an individual over the age of nineteen (19) and a resident of Alabama.

8. **ROBERTO'S USED CARS, MARIA CATANO, JOSE CATANO, JAIME PEREZ and ALEJANDRO REYNOSA** are collectively referred to, throughout this complaint as "Defendants."

9. Venue in this Court is proper pursuant to 28 U.S.C. §1391(b).

10.  The cause of action set forth in this Complaint arose in this District.

## PARTIES

### A. Plaintiff

11.  Plaintiff **JESUS AGUIAR,** hereinafter referred to as **"Plaintiff"**, is over the age of nineteen (19), is currently a resident of Shelby County, Alabama, and is a former employee of the defendants.

12.  During all times relevant to this Complaint, Plaintiff was an employee of the Defendants and was subject to the full protection of the Fair Labor Standards Act and was not exempt from its coverage and protection.

### B. Defendants

13.  Defendant **ROBERTO'S USED CARS**, is a domestic corporation, which employed the Plaintiff to labor for its benefit in this District.

14.  Defendant **MARIA CATANO**, is an individual owner of **ROBERTO'S USED CARS** which employed the Plaintiff to labor for its benefit in this District.

15.  Defendant **JOSE CATANO**, is an individual owner of **ROBERTO'S USED CARS** which employed the Plaintiff to labor for its benefit in this District.

16. Defendant **JAIME PEREZ**, is an individual who managed and operated **ROBERTO'S USED CARS** which employed the Plaintiff to labor for its benefit in this District.

17. Defendant **ALEJANDRO REYNOSA**, is an individual who managed and operated **ROBERTO'S USED CARS** which employed the Plaintiff to labor for its benefit in this District.

18. Defendant **ROBERTO'S USED CARS** lists its Registered Agent as CSC-Lawyers Incorporating SVC INC., with an address of 150 South Perry Street Montgomery, Alabama 36104.

19. Defendants **MARIA, JOSE CATANANO, JAIME PEREZ AND ALEJANDRO REYNOSA** are individually liable pursuant to the Fair Labor Standards Act by virtue of having sole discretion and authority in directing and controlling when and how long Plaintiff would work at **ROBERTO'S USED CARS**. Additionally, the individual Defendants had sole authority in controlling payment to Plaintiff for his time worked at **ROBERTO'S USED CARS.**

20. Defendants are engaged in the business of owning and operating an auto shop and dealership located at 557 Highway 316, Columbiana, Alabama 35051.

21. Defendants are an enterprise engaged in interstate commerce for the purposes of the Fair Labor Standards Act.

22. Defendants are considered an employer within the meaning of the Fair Labor Standards Act, 29 U.S.C. § 203(d), and is not otherwise exempt from the requirements of this Act.

## FACTUAL ALLEGATIONS

23. Plaintiff was employed by the Defendants for eleven years.

24. Plaintiff ended his employment with the Defendants on or about November 18, 2018.

25. Defendants are an employer who are engaged in interstate commerce, engaged in the production of goods for commerce and/or an enterprise engaged in commerce or in the production of goods for commerce. Specifically, Defendant **ROBERTO'S USED CARS** repairs and sale of used cars.

26. Defendants employed the Plaintiff as a laborer, tasked with mechanical duties including but not limited to framing cars, installing transmissions and painting cars. Plaintiff was sent out to collect money from customers.

27. Plaintiff was typically required to work Monday through Saturday.

28. Plaintiff was typically required to work from 8:00AM to 8:00PM, Monday through Friday; and from 8:00AM to 3:00PM on Saturdays. Plaintiff was allowed one-hour lunch time.

29. Plaintiff was typically required to work approximately sixty-one (61) hours a week.

30. Plaintiff was paid a flat fee for all the hours he worked during a workweek.

31. From July 1, 2016 to July 1, 2017 he earned $650 per week; from July 1, 2017 to July 1, 2018, he earned $700 per week, and from July 1, 2018 to November 19, 2018, he earned $750.

32. Plaintiff accrued approximately twenty-one (21) hour of overtime per week and accrued approximately 2,604 of overtime hours for work already completed from, from July 1, 2016 to November 19, 2018.

33. Plaintiff was not paid an overtime rate for the entirety of his time working for the Defendants, for hours above 40 hours per week.

34. Plaintiff is not exempt from overtime requirements of the Fair Labor Standards Act.

35. Defendants provided tools and all the materials and equipment necessary for the Plaintiff to perform his duties.

36. Plaintiff was directly supervised and paid Jaime Perez.

37. Plaintiff was paid in cash, usually on Saturdays.

38. Defendants have a duty to maintain certain records under 29 U.S.C. § 211(c) and the appropriate regulations, and the Plaintiff intends to rely upon these records to demonstrate his damages in this case.

39. Defendants have willfully failed to comply with the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 207, specifically by failing to pay the Plaintiff at the premium overtime rate for each hour over forty he worked in a work week.

## COUNT ONE –

## VIOLATIONS OF THE FAIR LABOR STANDARDS ACT

40. Plaintiff re-alleges paragraphs 1 through 40 as though fully set forth herein.

41. Defendants failed to compensate the Plaintiff at the premium overtime rate required for all hours worked above forty (40) in a work week.

42. Defendants' failure to comply with the law was willful.

43. Defendants, by such failure, have willfully violated the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 207.

**WHEREFORE**, Plaintiff requests this Court to enter judgment in favor of the Plaintiff and against the Defendants for:

A. All amounts of overtime wages that the Plaintiff should have received under the Fair Labor Standards Act but for the Defendants' willful violations of his rights, plus an equal amount in liquidated damages pursuant to Fair Labor Standards Act 29 U.S.C. § 216(b); and,

B. All reasonable costs and attorney's fees, pursuant to Fair Labor Standards Act 29 U.S.C. § 216(b).

Respectfully submitted,

*/s/ Sigfredo Rubio*

**Sigfredo Rubio**
ASB-5403-D62R
Attorney for Plaintiff

*/s/ Charline Whyte*

**Charline Whyte**
ASB-1647-O80G
Attorney for Plaintiff

**OF COUNSEL:**

**RUBIO LAW FIRM, P.C.**
438 Carr Avenue – Suite 1
Birmingham, Alabama 35209
Telephone: (205) 443-7858
Facsimile: (205) 443-7853
frubio@rubiofirm.com

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**SERVE DEFENDANTS BY CERTIFIED U.S. MAIL**

**ROBERTOS' USED CARS**
Attention: CSC-Lawyers Incorporating SVC Inc
150 South Perry Street
Montgomery, Alabama 36104

**MARIA CATANO**
528 Overhill
Pelham, Alabama 35124

**JOSE GUADALUPE CATANO**
528 Overhill
Pelham, Alabama 35124

**JAIME PEREZ**
945 Highway 315
Columbiana, Alabama 35051

**ALEJANDRO REYNOSA**
22 August Road
Columbiana, Alabama 35051